PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT
### FOR THE
### District of Guam

FILED
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 02-00019-001 |
| PI-MIAO SUNG | |

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **March 20, 2005**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon Johnson, AUSA
Howard Trapp, Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 21st day of June 2006.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

RECEIVED
JUN 16 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM